# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| DOYLE E. TULLOS | PLAINTIFF |
| v. No. 4:18-cv-926-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| GARY SANDEN and SUSAN SANDEN | PLAINTIFFS |
| v. No. 4:19-cv-162-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| VALENA HONEYCUTT | PLAINTIFF |
| v. No. 4:19-cv-216-DPM | |
| JOHN CUCKLER, M.D., *et al.* | DEFENDANTS |
| MELINDA SMITH | PLAINTIFF |
| v. No. 4:19-cv-672-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |

## ORDER

1. Stipulations of dismissal, *Doc. 123, 124, 125, & 126*, noted.

2. The Court will dismiss the following cases with prejudice: *Tullos v. Biomet*, 4:18-cv-926-DPM; *Honeycutt v. Cuckler*, 4:19-cv-216-DPM; and *Sanden v. Biomet*, 4:19-cv-162-DPM.

3. The Court will dismiss Smith's claims arising from the implantation, use, or removal of the Biomet M2a device in her left hip on 3 March 2009 with prejudice. The Court will dismiss Smith's claims arising from the implantation and use of the Biomet M2a device in her right hip without prejudice. Her right hip claims are preserved, and the applicable statute of limitations and statute of repose are tolled, on the terms agreed by the parties. Doc. 126.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2021