# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELINDA SMITH**                                                   **PLAINTIFF**

v.                              No. 4:19-cv-672-DPM

**BIOMET, INC.; BIOMET ORTHOPEDICS, LLC;**
**BIOMET U.S. RECONSTRUCTION, LLC; and**
**BIOMET MANUFACTURING, LLC**                    **DEFENDANTS**

## JUDGMENT

Smith's left hip claims are dismissed with prejudice. Smith's right hip claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 February 2021